WALTER K. DUNN *v.* MARY HOWARD DUNN
(Two cases)
MARY HOWARD DUNN *v.* WALTER K. DUNN, ET AL.
[Nos. 66-68, October Term, 1942.]

*Decided January 12, 1943.*

The cause was argued before SLOAN, JOHNSON, DELA-PLAINE, COLLINS, MARBURY, and GRASON, JJ.

*Hewlett B. Cox*, with whom was *S. Alfred Mund* and *Charles J. Stinchcomb* on the brief, for Walter K. Dunn.

*Murray MacNabb*, with whom was *Hartwell M. King* on the brief, for Mary Margaret Dunn.

COLLINS, J., delivered the opinion of the Court.